UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LESLIE L. WARNSBY, | ) | No. 08-7057 FFM |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | (Social Security Case) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of the Social Security Administration, is affirmed, and this action is dismissed with prejudice.

DATED: March 9, 2010

      /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge